UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

DENNIS FLOYD,

                                         Plaintiff,

                     -against-

WARDEN BAILEY, C.O. CALDWELL, C.O. REESE,
CAPT. SINGLETARY,,

                                        Defendants.
----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

10 Civ 7794 (JGK) (THK)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

          1. The above-referenced action is hereby dismissed with prejudice; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/19/13

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Dennis Floyd<br>*Plaintiff Pro Se*<br>Great Meadow Correctional Facility,<br>11739 State Route 22, P.O. Box 51<br>Comstock, NY 12821 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Bailey, Caldwell,*<br>*Rees and Singletary*<br>100 Church Street, Rm. 3-197<br>New York, New York 10007 |
| By: _____<br>    Dennis Floyd<br>    *Plaintiff Pro Se* | By: _____<br>    Aimee Lulich<br>    *Assistant Corporation Counsel* |
| | SO ORDERED:<br><br>_____<br>HON. JOHN G. KOELTL<br>UNITED STATES DISTRICT JUDGE<br><br>6/18/13 |
| Dated: New York, New York<br>       6-6 , 2013 | |

2